No. 05-12-01002-CR

FILED IN
5TH COURT OF APPEALS

2013 FEB -6 PM 2: 04

LISA MATZ, CLERK

| | | |
|---|---|---|
| **QUINTIN LANG** | § | **IN THE 5TH DISTRICT** |
| **V.** | § | **COURT OF APPEALS** |
| **THE STATE OF TEXAS** | § | **AT DALLAS, TEXAS** |

## MOTION TO ORDER THE COURT REPORTER TO CORRECT INACCURACIES IN THE RECORD

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW Quintin Lang,** Appellant in this cause, by and through his duly appointed attorney on appeal, and requests that this Court order the court reporter to correct inaccuracies in the record filed in this Court.

### I.

Appellant was convicted of manslaughter and sentenced to 2 years' imprisonment. Appellant's Brief is filed simultaneously with this Motion. This case is not yet set for submission.

### II.

During the briefing process, the undersigned attorney identified several areas wherein she believes the record is inaccurate. Specifically, these are as follows:

1) The reporter's record as filed often references a "squid" mark. (RR4: 16, 17, 114, 142, 151, 181). The undersigned attorney, based on both the context of the reference and on independent research, has



formed the option that these should be "skid" marks. This is an error which the court reporter should be required to correct.

2) The reporter's record as filed often references a "yar" marks. (RR4: 142, 151, 152). The undersigned attorney, based on both the context of the reference and on independent research, has formed the option that these should be "tire" marks. This is an error which the court reporter should be required to correct.

3) The reporter's record as filed twice references a Mr. Morales. This appears to be a typographical error in the reporter's record, as it is clear from the context that the witness being questions is talking about Mr. Morrell.

These inaccuracies should be corrected to conform the reporter's record to what occurred in the trial court. TEX. R. APP. P. 34.6 (e).

## III.

The undersigned attorney has placed four telephone calls to the court reporter, Belinda Baraka, between January 30 and February 5, 2013, with the intent of discussing these inaccuracies As of the date of this motion, none of these telephone calls have been returned.

## IV.

This Motion is brought so that the appellate record can be corrected to read as accurately as possible.

WHEREFORE, Appellant requests this Court order the court reporter to correct inaccuracies in the record and to file a corrected record in this Court.

Respectfully submitted,

Lynn Richardson
Chief Public Defender
Dallas County, Texas

Katherine A. Drew
Assistant Public Defender
State Bar No. 06117800
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-2
Dallas, Texas 75207-4399
(214) 875-2360 *(phone)*
(214) 875-2363 *(fax)*
Kathi.Drew@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing brief was served on the Dallas County Criminal District Attorney's Office (Appellate Section), 133 N. Riverfront Blvd., B-19, 10th Floor, Dallas, Texas, 75207, by hand delivery on February 6, 2013.

Katherine A. Drew

3